931 F.2d 54
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
In re Audrey MILLER, Petitioner.
 No. 91-8102.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 8, 1991.
Decided April 23, 1991.
 
 Before MURNAGHAN, SPROUSE and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Audrey Miller brought this mandamus petition seeking to have this Court order the district court to vacate and reverse its decision in her 42 U.S.C. Sec. 1983 suit. Mandamus relief cannot be used as a substitute for appeal. In re: United Steelworkers, 595 F.2d 958, 960 (4th Cir.1979). Accordingly, we grant permission to proceed in forma pauperis and deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not significantly aid in the decisional process.
 
 
 2
 PETITION DENIED.